| United States Bankruptcy Court<br>Northern District of Illinois | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dominguez, Gustavo,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Dominguez, Lucila,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Gustavo Dominguez** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **6133** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **6424** |
| Street Address of Debtor (No. & Street, City, and State):<br>**16W321 93rd Pl.**<br>**Burr Ridge, IL**<br>ZIP CODE  **60527** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**16W321 93rd Pl.**<br>**Burr Ridge, IL**<br>ZIP CODE  **60527** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Gustavo Dominguez, Lucila Dominguez** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **/s/ Tony Mankus**                      **5/4/2010**<br>Signature of Attorney for Debtor(s)        Date<br>**Tony Mankus**                             **6192346** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Gustavo Dominguez, Lucila Dominguez** |

# Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  **s/ Gustavo Dominguez** | X  **Not Applicable** |
| Signature of Debtor    **Gustavo Dominguez** | (Signature of Foreign Representative) |
| X  **s/ Lucila Dominguez** | |
| Signature of Joint Debtor    **Lucila Dominguez** | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| **5/4/2010** | |
| Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X  **/s/ Tony Mankus** | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Tony Mankus  Bar No.  6192346** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Mankus & Marchan, Ltd.** | |
| Firm Name | |
| **5950-E Lincoln Ave. (Rt. 53) Suite #500** | |
| | **Not Applicable** |
| Address | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **Lisle, IL 60532-3387** | |
| | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **(630) 960-0500          (630) 960-0601** | |
| Telephone Number | |
| **5/4/2010** | |
| Date | Address |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |
| | X  **Not Applicable** |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person. |
| X  **Not Applicable** | |
| Signature of Authorized Individual | |
| | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Printed Name of Authorized Individual | |
| Title of Authorized Individual | |
| Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re   **Gustavo Dominguez   Lucila Dominguez**                          Case No. _____
                        Debtor(s)                                                                        *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

    ❏  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

         ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

         ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

         ❏  Active military duty in a military combat zone.

    ❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

        **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ Gustavo Dominguez**
                      **Gustavo Dominguez**

Date:  **5/4/2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re    **Gustavo Dominguez  Lucila Dominguez**                    Case No. _____
_____
Debtor(s)                                                                *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

     ❏  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

         ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

         ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

         ❏  Active military duty in a military combat zone.

     ❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

       **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ Lucila Dominguez**
                           **Lucila Dominguez**

Date:  **5/4/2010**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                              Bankruptcy Case Number: _____

**Gustavo Dominguez**
**Lucila Dominguez**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:  **5/4/2010** _____          **s/ Gustavo Dominguez** _____
                                            **Gustavo Dominguez**
                                                              Debtor

                                            **s/ Lucila Dominguez** _____
                                            **Lucila Dominguez**
                                                              Joint Debtor

**B6A (Official Form 6A) (12/07)**

In re:  **Gustavo Dominguez    Lucila Dominguez**_____,        Case No. _____
                                                                        **(If known)**
                            **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family Residence 16W321 93rd Pl Burr Ridge, IL 60527** | **Fee Owner** | **H** | **$ 303,000.00** | **$ 405,003.00** |
| | Total ➢ | | **$ 303,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Gustavo Dominguez   Lucila Dominguez**                              ,          Case No. _____
                                    Debtors                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | J | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**TCF National Bank**<br>**800 Burr Rudge Pkwy**<br>**Burr Ridge, IL 60527** | H | **967.36** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | | **400.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **TV, microwave, computer, furniture**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | J | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | J | **300.00** |
| 7. Furs and jewelry. | | **Rings**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | J | **500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                    ,        Case No. _____
                                    **Debtors**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal Income Tax Refund - 2009 Internal Revenue Service** | J | **3,778.00** |
| Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **State Income Tax Refund - 2009 Illinois Department of Revenue** | J | **145.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Ford Crown Victoria 16W321 93rd Pl Burr Ridge, IL 60527** | H | **1,890.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevrolet Cobalt LS 16W321 93rd Pl Burr Ridge, IL 60527** | J | **6,575.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Gustavo Dominguez    Lucila Dominguez** _____ ,    Case No. _____
                              **Debtors**                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **TIMESHARE** **Celebrity Resorts** **4700 Millenia Blvd** **6th Floor** **Orlando, FL 32839** | H | 0.00 |
| Other personal property of any kind not already listed. Itemize. | | **TIMESHARE** **Resort Recovery Solutions** **2535 Camino Del Rio S** **San Diego, CA 92108** | J | 0.00 |
| Other personal property of any kind not already listed. Itemize. | | **TIMESHARE** **Westgate Vacation Villas, Ltd.** **2801 Old Winter Garden Rd** **Ocoee, FL 34761** | J | 0.00 |

                    2    continuation sheets attached            Total   ˃        **$ 15,605.36**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Gustavo Dominguez   Lucila Dominguez**                                    ,          Case No. _____
                                      Debtors                                                                         (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2000 Ford Crown Victoria**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(c)** | **1,890.00** | **1,890.00** |
| **2007 Chevrolet Cobalt LS**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(b)** | **0.00** | **6,575.00** |
| **Cash**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking Account**<br>**TCF National Bank**<br>**800 Burr Rudge Pkwy**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(b)** | **967.36** | **967.36** |
| **Clothes**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(a),(e)** | **300.00** | **300.00** |
| **Federal Income Tax Refund -**<br>**2009**<br>**Internal Revenue Service** | **735 ILCS 5/12-1001(b)** | **3,778.00** | **3,778.00** |
| **Furniture**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(b)** | **0.00** | **400.00** |
| **Rings**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Single Family Residence**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-901** | **0.00** | **303,000.00** |
| **State Income Tax Refund -**<br>**2009**<br>**Illinois Department of Revenue** | **735 ILCS 5/12-1001(b)** | **145.00** | **145.00** |
| **TIMESHARE**<br>**Celebrity Resorts**<br>**4700 Millenia Blvd**<br>**6th Floor**<br>**Orlando, FL 32839** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **TIMESHARE**<br>**Resort Recovery Solutions**<br>**2535 Camino Del Rio S**<br>**San Diego, CA 92108** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |

**B6C (Official Form 6C) (4/10) - Cont.**

In re  **Gustavo Dominguez   Lucila Dominguez**                                          Case No. _____
                                                          Debtors                                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **TIMESHARE**<br>**Westgate Vacation Villas, Ltd.**<br>**2801 Old Winter Garden Rd**<br>**Ocoee, FL 34761** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **TV, microwave, computer, furniture**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **Gustavo Dominguez   Lucila Dominguez** _____ .          Case No. _____

                                                      **Debtors**                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5856 3706 8961 6747<br><br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090**<br><br><br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | | 01/07/2010<br>**Statutory Lien**<br>**Furniture**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527**<br><br>**VALUE $400.00** | | | | 4,056.00 | 3,656.00 |
| ACCOUNT NO.  9901457036<br><br>**Harris N.A.**<br>**PO Box 94034**<br>**Palatine, IL 60094** | X | J | 12/31/2009<br>**Security Agreement**<br>**2007 Chevrolet Cobalt LS**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527**<br><br>**VALUE $6,575.00** | | | | 8,257.00 | 1,682.00 |

1    continuation sheets
     attached

Subtotal    ➤
(Total of this page)

**$    12,313.00** | **$    5,338.00**

Total    ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Gustavo Dominguez   Lucila Dominguez** _____.    Case No. _____

_____
**Debtors**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.  1009128289**<br><br>**OneWest Bank, FSB**<br>**Indymac Mortgage Services**<br>**7700 W Parmer Ln Bldg D 2Nd Floor**<br>**Austin, TX 78729**<br><br>**Indymac Bank**<br>**6900 Beatrice Dr**<br>**Kalamazoo, MI 49009**<br><br>**Indymac Mortgage Services**<br>**PO Box 78826**<br>**Phoenix, AZ 85062**<br><br>**Codilis & Associates, PC**<br>**15W030 North Frontage Road, Suite 100**<br>**Burr Ridge, IL 60527** | | H | 01/05/2010<br>**Second Lien on Residence**<br>**Single Family Residence**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527**<br><br>**VALUE $303,000.00** | | | | 41,420.00 | 0.00 |
| **ACCOUNT NO.  1009128271**<br><br>**OneWest Bank, FSB**<br>**Indymac Mortgage Services**<br>**7700 W Parmer Ln Bldg D 2Nd Floor**<br>**Austin, TX 78729**<br><br>**Indymac Bank**<br>**6900 Beatrice Dr**<br>**Kalamazoo, MI 49009**<br><br>**Indymac Mortgage Services**<br>**PO Box 78826**<br>**Phoenix, AZ 85062**<br><br>**Codilis & Associates, PC**<br>**15W030 North Frontage Road, Suite 100**<br>**Burr Ridge, IL 60527** | | H | 01/05/2010<br>**First Lien on Residence**<br>**Single Family Residence**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527**<br><br>**VALUE $303,000.00** | | | | 363,583.00 | 60,583.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    405,003.00 | $    60,583.00 |
| $    417,316.00 | $    65,921.00 |

(Report also on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Gustavo Dominguez   Lucila Dominguez**                                    Case No. _____
                                      Debtors                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Gustavo Dominguez    Lucila Dominguez**                                           ,    **Case No.** _____
Debtors                                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Gustavo Dominguez   Lucila Dominguez**                                  Case No. _____
                                          **Debtors**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **700144**<br><br>**Action Medical Equipment**<br>**855 North Church Court**<br>**Elmhurst, IL 60126-1036** | | J | **07/01/2008**<br><br>**Medical Services** | | | | **46.80** |
| ACCOUNT NO.   **5542688**<br><br>**ADT**<br>**1 Town Center Rd**<br>**Boca Raton, FL 33486** | | J | **07/01/2008**<br><br>**Professional Services** | | | | **186.09** |
| ACCOUNT NO.   **36158**<br><br>**Alivio Medical Center**<br>**2045 Rama Dr., Suite 200**<br>**Indianapolis, IN 46219** | | J | **07/01/2008**<br><br>**Medical Services** | | | | **97.50** |
| ACCOUNT NO.   **1002404917**<br><br>**Armor Systems Co**<br>**1700 Kiefer Dr Suite 1**<br>**Zion, IL 60099**<br><br><br>**Armor Systems Co**<br>**1700 Kiefer Dr Ste 1**<br>**Zion, IL 60099**<br><br>**Swedish Covenant Hospital**<br>**5145 N California Ave**<br>**Chicago, IL 60625**<br>**#41623307** | | J | **09/16/2009**<br><br>**Medical Services**<br>**Original Creditor: Swedish Covenant**<br>**Hospital** | | | | **186.00** |

<u>28</u>   Continuation sheets attached

Subtotal ➤  $            **516.39**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez** _____      Case No. _____
Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **65503** <br><br> **Arun Ohri MD** <br> **7447 W Talcott** <br> **Suite 209** <br> **Chicago, IL 60631** <br><br> **Rahul Julka, MD** <br> **7447 W Talcott** <br> **Ste 209** <br> **Chicago, IL 60631** | | W | 04/07/2010 <br> **Medical Services** | | | | 2,578.00 |
| ACCOUNT NO.  **40558172** <br><br> **Asset Acceptance LLC** <br> **PO Box 2036** <br> **Warren, MI 48090** <br><br> **Asset Acceptance** <br> **PO Box 2036** <br> **Warren, MI 48090** | | H | 01/07/2010 <br> **Credit Card Debt** <br> **Original Creditor: Gemb/Ultra Diamond** | | | | 4,751.00 |
| ACCOUNT NO.  **APC 258918,261022** <br><br> **Associated Pathology Consultants** <br> **PO Box 3680** <br> **Peoria, IL 61612** | | W | 12/18/2009 <br> **Medical Services** | | | | 982.00 |
| ACCOUNT NO.  **4888 6031 2070 4689** <br><br> **Bank of America** <br> **PO Box 1598** <br> **Norfolk, VA 23501** | | J | 07/2008 <br> **Credit Card Debt** | | | | 528.76 |

Sheet no. _1_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                 **8,839.76**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                                    Case No. _____
                                    **Debtors**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4800 1159 9311 5286** | | **J** | 07/28/2008 | | | | 9,877.00 |
| **Bank Of America** **PO Box 1598** **Norfolk, VA 23501** **FMA Alliance Ltd** **11811 North Freeway** **Suite 900** **Houston, TX 77060** **#25501447** | | | **Credit Card Debt** | | | | |
| ACCOUNT NO.   **4888 9389 9869 5498** | | **H** | 12/31/2008 | | | | 969.00 |
| **Bank Of America** **PO Box 1598** **Norfolk, VA 23501** **NCO Financial Systems Inc** **507 Prudential Rd** **Horsham, PA 19044** **Superior Asset Management Inc** **1000 Abernathy Road** **Suite 165** **Atlanta, GA 30328** **#1005586** | | | **Credit Card Debt** | | | | |
| ACCOUNT NO.   **DOMLU000** | | **W** | 11/18/2009 | | | | 135.00 |
| **Boffa Surgical Group LLC** **5140 N California Suite 780** **Chicago, IL 60625** **RMU Neurology: Ubilluz Rodrigo M MD** **4121 Fairview Avenue** **Downers Grove, IL 60515-2264** **#DOMLU000** | | | **Medical Services** | | | | |

Sheet no. _2_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸  $                    **10,981.00**

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                          Case No. _____
                                    **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5291 1517 2337 0563**<br><br>**Capital 1 Bank**<br>**Attn: C/O Tsys Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091**<br><br>**Capital 1 Bank**<br>**POB 30281**<br>**Salt Lake City, UT 84130** | | J | **01/10/2010**<br><br>**Credit Card Debt** | | | | 4,678.00 |
| ACCOUNT NO.   **30937**<br><br>**Care Rehab and Orthopaedic Products Inc**<br>**PO Box 580**<br>**McLean, VA 22101** | | W | **02/2010**<br><br>**Medical Services** | | | | 630.00 |
| ACCOUNT NO.   **627800 001 553 9432**<br><br>**Catherines**<br>**1103 Allen Dr**<br>**Milford, OH 45150** | | H | **01/01/2010**<br><br>**Credit Card Debt** | | | | 416.00 |
| ACCOUNT NO.   **6278000042346082**<br><br>**Catherines**<br>**1103 Allen Dr**<br>**Milford, OH 45150** | | J | **1/1/2010**<br><br>**Credit Card Debt** | | | | 238.00 |

Sheet no. _3_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢  $                                                          **5,962.00**

Total   ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**_____          Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **19600000087** <br> **Celebrity Resorts** <br> 4700 Millenia Blvd <br> 6th Floor <br> Orlando, FL 32839 | | H | 12/01/2006 <br> **TIMESHARE** | | | | 266.72 |
| ACCOUNT NO. **5958161** <br> **Central DuPage Hospital** <br> 25 N Winfield Rd <br> Winfield, IL 60190 | | W | 04/13/2010 <br> **Medical Services** | | | | 45.00 |
| ACCOUNT NO. **4766M-0000696256,103797** <br> **Chicago Institute of Neurosurgery** <br> 2650 Ridge Ave <br> Evanston, IL 60201 | | J | 07/01/2008 <br> **Medical Services** | | | | 1,147.35 |
| ACCOUNT NO. **74346107,QCNRS-17388** <br> **Children's Surgical Foundation** <br> 2300 North Childrens Plaza <br> Chicago, IL 60614 | | J | 07/01/2008 <br> **Medical Services** | | | | 25.00 |
| ACCOUNT NO. **506915** <br> **Computer Credit Service Corp** <br> 5340 N Clark St <br> Chicago, IL 60640 | | W | 06/2003 <br> **Medical Services** | | | | 181.50 |

Sheet no. 4 of 28 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $    1,665.57

Total  ➢  $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                                    Case No. _____
_____
                    **Debtors**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **CH327292-CR**<br><br>**Creditone LLC**<br>**PO Box 65**<br>**Metairie, LA 70004-0605** | | **W** | **02/09/2010**<br><br>**Credit Card Debt** | | | | **11,779.70** |
| ACCOUNT NO.   **15727**<br><br>**Diagnostic Radiology Specialists, SC**<br>**1051 Ridgewood Dr**<br>**Highland Park, IL 60035**<br><br><br>**David Blumenfeld Ltd**<br>**134 N LaSalle St**<br>**Ste 1920**<br>**Chicagol, IL 60602** | | **J** | **06/01/2009**<br><br>**Medical Services** | | | | **47.00** |
| ACCOUNT NO.   **5458 0040 4008 5464**<br><br>**Direct Merchants Bank**<br>**17600 N. Perimeter Dr.**<br>**Scottsdale, AZ 85255** | | **J** | **07/01/2008**<br><br>**Credit Card Debt** | | | | **10,019.23** |
| ACCOUNT NO.   **6011 0064 3069 5701**<br><br>**Discover Fin Svcs Llc**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | **H** | **1/8/2010**<br><br>**Credit Card Debt** | | | | **3,736.00** |

Sheet no. _5_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    **25,581.93**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez** _____      Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **003 131338** <br> **DuPage Emergency Physicians** <br> **PO Box 366** <br> **Hinsdale, IL 60522** <br><br> **Medical Business Bureau LLC** <br> **PO Box 1219** <br> **Park Ridge, IL 60068** | | W | **02/01/2010** <br> **Medical Services** | | | | **413.00** |
| ACCOUNT NO.  **SC234276** <br> **DuPage Ortho Surg Ctr LLC** <br> **PO Box 66693** <br> **Chicago, IL 60666** <br><br> **DuPage Ortho Surg Ctr LLC** <br> **27650 Ferry Rd** <br> **Ste 140** <br> **Warrenville, IL 60555** | | W | **07/2009** <br> **Medical Services** | | | | **3,658.42** |
| ACCOUNT NO.  **x5484,x1052,x6602,x4113** <br> **Elmhurst Anesthesiologists** <br> **200 Berteau Ave** <br> **Elmhurst, IL 60126** | | J | **07/01/2008** <br> **Medical Services** | | | | **2,698.00** |
| ACCOUNT NO.  **99037** <br> **Elmhurst Clinic** <br> **1100 Lake Street, Suite 230** <br> **Oak Park IL 60301** <br><br> **Elmhurst Clinic** <br> **Dept 4585** <br> **Carol Stream, IL 60122-4585** | | J | **07/01/2008** <br> **Medical Services** | | | | **1,450.00** |

Sheet no. _6_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $ **8,219.42**

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**
_____
                    **Debtors**

Case No. _____
                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **001 184908,1708744,x4972** <br><br>**Elmhurst Emergency Medical Services** <br>**PO Box 366** <br>**Hinsdale, IL 60522** | | **W** | **11/23/2009** <br><br>**Medical Services** | | | | **556.20** |
| ACCOUNT NO. <br><br>**Elmhurst Memorial Healthcare** <br>**PO Box 4052** <br>**Carol Stream, IL 60197** <br><br><br>**Elmhurst Memorial Hospital** <br>**75 Remittance Drive** <br>**Suite 6383** <br>**Chicago, IL 60675** <br><br>**Elmhurst Memorial Hospital** <br>**Department 4592** <br>**Carol Stream, IL 60122** <br><br>**Computer Credit Inc** <br>**Claim Dept 003482** <br>**640 West Fourth Street** <br>**PO Box 5238** <br>**Winston-Salem, NC 7113** <br><br>**MiraMed Revenue Group** <br>**Dept 77304** <br>**PO Box 77000** <br>**Detroit, MI 48277** <br>**#5953828** | | **W** | **02/01/2010** <br><br>**Medical Services** <br>**x2960,x4691,x4669,x8328,x9745,x8326,x** <br>**1496,x4910,x4992,x6515,x4762,x8744,x1** <br>**701,x8899,x5288,x4036,x1056, x4036** | | | | **3,477.00** |

Sheet no.  _7_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **4,033.20**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**                              Case No. _____
_____
Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Elmhurst Orthopaedics<br>300 West Butterfield Road<br>Elmhurst, IL 60126-5017** | | J | 07/01/2008<br>**Medical Services<br>x6461-x6491,<br>62-9572172<br>62-8640150<br>62-10037902** | | | | 2,647.00 |
| ACCOUNT NO.   125812<br>**Elmhurst Outpatien Surgery Center<br>1200 S. York Road<br>Elmhurst, IL 60126-5626<br><br>Merchants' Credit Guide Co<br>223 W Jackson Blvd<br>Chicago, IL 60606** | | J | 07/01/2008<br>**Medical Services** | | | | 700.80 |
| ACCOUNT NO.<br>**Elmhurst Radiologists, SC<br>PO Box 1035<br>Bedford Park, IL 60499** | | W | 01/13/2010<br>**Medical Services<br>A461-0143132-04,01,02,03,19,14,15,<br>A461-0138090-04,03,<br>A461-0153296-01<br>A461-0155340-01** | | | | 1,050.00 |
| ACCOUNT NO.   9798507<br>**Ffcc-columbus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220** | | J | 12/31/2009<br>**Medical Services<br>Original Creditor: Neurology** | | | | 645.00 |

Sheet no. 8 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **5,042.80**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez** _____     Case No. _____
                                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5046 6212 0026 2473**<br><br>**Gemb / Hh Gregg**<br>**Attention:  Bankruptcy PO Box 103106**<br>**Roswell, GA 30076**<br><br><br>**Gemb / Hh Gregg**<br>**PO Box 981439**<br>**El Paso, TX 79998** | | H | **12/23/2009**<br><br>**Credit Card Debt** | | | | **3,807.00** |
| ACCOUNT NO.   **600889398454**<br><br>**Gemb/jcp**<br>**Attention:  Bankruptcy PO Box 103106**<br>**Roswell, GA 30076**<br><br><br>**Gemb/jcp**<br>**PO Box 981402**<br>**El Paso, TX 79998** | | H | **01/18/2010**<br><br>**Credit Card Debt** | | | | **1,183.00** |
| ACCOUNT NO.   **398 454 071 0**<br><br>**Gemb/jcp**<br>**Attention:  Bankruptcy PO Box 103106**<br>**Roswell, GA 30076**<br><br><br>**Gemb/jcp**<br>**PO Box 981402**<br>**El Paso, TX 79998** | | H | **04/2003**<br><br>**Credit Card Debt**<br>**Judgment (case No. 09SC2761)** | | | | **1,183.00** |

Sheet no.  9  of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤   $                **6,173.00**

Total    ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**                          Case No. _____
                          Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **814780912, 154-9082-27384**<br><br>**GMAC**<br>**PO BOX 2150**<br>**Greeley, CO 80632**<br><br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081**<br><br>**Central Credit Services Inc**<br>**PO Box 15118**<br>**Jacksonville, FL 32239** | | W | 02/01/2010<br><br>**Lease (2006 Hummer)** | | | | 4,521.43 |
| ACCOUNT NO.    **005 9053 00858**<br><br>**GMAC/Semperian**<br>**PO BOX 2150**<br>**Greeley, CO 80632**<br><br><br>**CCB Credit Services**<br>**PO Box 272**<br>**Springfield, IL 62705**<br>**#TL5526**<br><br>**Allied International Credit Corp**<br>**100 East Shore Drive**<br>**3rd Floor**<br>**Glen Allen, Virginia 23059**<br><br>**Constar Financial Services**<br>**PO Box 12020**<br>**Gelndale, AZ 85318** | | H | 05/27/2009<br><br>**Unsecured Car Loan (2004 Chevrolet Suburban)** | | | | 9,252.98 |

Sheet no.  10 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        **13,774.41**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Gustavo Dominguez   Lucila Dominguez_____   Case No. _____
Debtors   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   118125756 <br><br>**Goog Samaritan Hospital** <br>**3815 Highland Ave** <br>**Downers Grove, IL 60515** | | J | 07/01/2008 <br><br>**Medical Services** | | | | 55.66 |
| ACCOUNT NO.   x23333 <br><br>**Hinsdale Hospital Cardiology** <br>**PO Box 7003** <br>**Bolingbrook, IL 60440** | | H | 09/01/2009 <br><br>**Medical Services** | | | | 20.00 |
| ACCOUNT NO.   1246566 <br><br>**Horizon Financial Management** <br>**8585 S Broadway** <br>**Merrillville, IN 46410** <br><br><br>**Swedish Covenant Hospital** <br>**5140 North California Avenue 3780** <br>**Chicago, IL 60625** <br>**#39703491** | | H | 04/14/2009 <br><br>**Medical Services** <br>**Original Creditor: Swedish Covenant Hospital** | | | | 263.00 |
| ACCOUNT NO.   10963137 <br><br>**Illinois Collection Se** <br>**8231 W. 185Th St. Ste. 100** <br>**Tinley Park, IL 60487** <br><br><br>**Illinois Collection Se** <br>**8231 185Th St Ste 100** <br>**Tinley Park, IL 60487** | | J | 06/01/2009 <br><br>**Medical Services** <br>**Original Creditor: Chicago Institute of Neurosurgery** | | | | 1,205.00 |

Sheet no. _11_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,543.66

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez** _____      Case No. _____
_____
Debtors                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **IPC913274** <br><br> **Inpatient Consultants of IL** <br> **PO Box 92934** <br> **Los Angeles, CA 90009** | | **W** | **12/15/2009** <br><br> **Medical Services** | | | | **371.00** |
| ACCOUNT NO. **226895886** <br><br> **J.H.Stroger Hospital of Cook Cnty** <br> **PO Box 70121** <br> **Chicago, IL 60673** | | **W** | **12/22/2009** <br><br> **Medical Services** | | | | **411.60** |
| ACCOUNT NO. **111000001802234665** <br><br> **JP Morgan Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850** <br><br><br> **Integrity Financial Partners Inc** <br> **PO Box 11530** <br> **Overland Park, KS 66207-4230** | | **H** | **1/4/2010** <br><br> **Credit Card Debt** | | | | **150.00** |
| ACCOUNT NO. **492171** <br><br> **JPMorgan Chase** <br> **131 S Dearborn St** <br> **Floor 5** <br> **Chicago, IL 60603** | | **W** | **05/18/2009** <br><br> **Credit Card Debt** | | | | **11,436.93** |

Sheet no.  12  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **12,369.53**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez    Lucila Dominguez** _____          Case No. _____
                              **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **4226 6103 5193 1460**<br><br>**JPMorgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850**<br><br><br>**Financial Asset Management Systems Inc**<br>**PO Box 451409**<br>**Atlanta, GA 31145**<br><br>**Capital Management Services LP**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | H | **12/24/2009**<br>**Credit Card Debt** | | | | **22,042.00** |
| ACCOUNT NO.    **4147 2070 0486 7567**<br><br>**JPMorgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19886** | | J | **07/01/2008**<br>**Credit Card Debt** | | | | **19,271.88** |
| ACCOUNT NO.    **4104 1400 0589 7633**<br><br>**JPMorgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850**<br><br><br>**National Action Financial Services**<br>**165 Lawrence Bell Dr**<br>**Ste 100**<br>**Williamsville, NY 14231**<br><br>**FMA Alliance Ltd**<br>**PO Box 2409**<br>**Houston, TX 77252** | | H | **01/11/2010**<br>**Credit Card Debt / Circuit City** | | | | **7,337.42** |

Sheet no.  13  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $   **48,651.30**

Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**
_____      Case No. _____
Debtors                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **x0461** <br> **JPMorgan Chase** <br> **PO Box 15548** <br> **Wilmington, DE 19886** | | H | 01/06/2010 <br> **Credit Card Debt** | | | | 6,123.79 |
| ACCOUNT NO.  **049 0390 68952** <br> **Kohls/chase** <br> **N56 W 17000 Ridgewood Dr** <br> **Menomonee Falls, WI 53051** <br><br> **Zwicker & Associates PC** <br> **PO Box 101145** <br> **Birmingham, AL 35210** <br><br> **Zwicker & Associates PC** <br> **80 Minuteman Rd** <br> **Andover, MA 01810** | | J | 12/29/2009 <br> **Credit Card Debt** | | | | 562.00 |
| ACCOUNT NO.  **91057226** <br> **Laboratory Corporation of America** <br> **55 E WASHINGTON ST STE 2500** <br> **CHICAGO, IL 60602** | | J | 07/01/2008 <br> **Medical Services** | | | | 556.00 |
| ACCOUNT NO.  **5418221030451303** <br> **Lvnv Funding Llc** <br> **PO Box 740281** <br> **Houston, TX 77274** <br><br> **ercantile Adjustment Bureau LLC** <br> **PO Box 9016** <br> **Williamsville, NY 14231** | | J | 01/11/2010 <br> **Credit Card Debt** <br> **Original Creditor: Washington Mutual** | | | | 2,878.00 |

Sheet no. _14_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **10,119.79**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                              Case No. _____
                                    Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5466160104168669**<br><br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | | J | **07/2009**<br><br>**Credit Card Debt**<br>**Original Creditor: Citibank** | | | | **17,529.00** |
| ACCOUNT NO.   **7021271168981402**<br><br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274**<br><br><br>**ARS National Services Inc**<br>**PO Box 463023**<br>**Escondido, CA 92046** | | J | **01/11/2010**<br><br>**Credit Card Debt**<br>**Original Creditor:HSBC Bank/Best Buy** | | | | **3,858.00** |
| ACCOUNT NO.   **5121 0719 6181 6604**<br><br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274**<br><br><br>**Weltman, Weinberg & Reis Co LPA**<br>**323 W Lakeside Ave**<br>**Ste 200**<br>**Cleveland, OH 44113**<br>**#7636243**<br><br>**Weltman, Weinberg & Reis Co LPA**<br>**180 N. LaSalle Street**<br>**Suite 2400**<br>**Chicago, IL 60601** | | J | **01/11/2010**<br><br>**Credit Card Debt**<br>**Original Creditor: Citibank/Sears** | | | | **3,526.00** |

Sheet no. _15_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $                    **24,913.00**

Total  ›  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez** _____   Case No. _____
                                                    Debtors                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6004 3001 0301 7767**<br><br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274**<br><br><br>**National Action Financial Services**<br>**165 Lawrence Bell Dr**<br>**Ste 100**<br>**Williamsville, NY 14231**<br><br>**Nelson, Watson & Associates, LLC**<br>**80 Merrimack Street Lower Level**<br>**Haverhil, MA 01830** |  | H | 01/11/2010<br><br>**Credit Card Debt**<br>**Original Creditor: HSBC Bank/Menards** |  |  |  | 1,401.00 |
| ACCOUNT NO.  **5049941053845787**<br><br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274**<br><br><br>**Financial Recovery Services Inc**<br>**PO Box 385908**<br>**Minneapolis, MN 55438**<br>**#XL0742** |  | J | 01/11/2010<br><br>**Credit Card Debt**<br>**Original Creditor: Citibank/Sears** |  |  |  | 876.00 |
| ACCOUNT NO.  **5049 9413 7743 4821**<br><br>**Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** |  | J | 01/11/2010<br><br>**Credit Card Debt**<br>**Original Creditor: Citibank/Sears** |  |  |  | 2,118.00 |

Sheet no.  16 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                                4,395.00

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez    Lucila Dominguez**                                   Case No. _____
_____
**Debtors**                                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6035 3200 7570 0128** | | H | 01/08/2010 | | | | 4,484.54 |
| **LVNV Funding LLC**<br>**PO Box 740281**<br>**Houston, TX 772740**<br><br>**Financial Recovery Services Inc**<br>**PO Box 385908**<br>**Minneapolis, MN 55438**<br>**#ZQ0089**<br><br>**Leading Edge Recovery Solution LLC**<br>**5440 N Cumberland Ave**<br>**STE 300**<br>**Chicago, IL 60656** | | | **Credit Card Debt (Home Depot)** | | | | |
| ACCOUNT NO.  **43 806 556 468 20** | | J | 12/22/2008 | | | | 1,788.00 |
| **Macys/fdsb**<br>**Macy's Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040**<br><br>**Macys/fdsb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040**<br><br>**Plaza Associates**<br>**JAF Station**<br>**PO Box 2769**<br>**New York, NY 10116**<br><br>**Plaza Associates**<br>**370 Seventh Ave**<br>**New York, NY 10001** | | | **Credit Card Debt** | | | | |

Sheet no. _17_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **6,272.54**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**                                Case No. _____
                                    **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **376583, DA3872-16360000**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **12/31/2009**<br>**Medical Services**<br>**Original Creditor: Elmhurst Anesthesia** | | | | 1,670.00 |
| ACCOUNT NO.   **154972001**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **12/31/2009**<br>**Medical Services**<br>**Original Creditor: Elmhurst Emergency Medical Services** | | | | 82.00 |
| ACCOUNT NO.   **106623762**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **12/31/2009**<br>**Medical Services**<br>**Original Creditor: Elmhurst Anesthesia** | | | | 209.00 |
| ACCOUNT NO.   **376577**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **12/31/2009**<br>**Medical Services**<br>**Original Creditor: Elmhurst Anesthesia** | | | | 146.00 |
| ACCOUNT NO.   **141250297639**<br>**Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | | J | **12/31/2009**<br>**Medical Services**<br>**Original Creditor: Diagnostic Radiology Specialists** | | | | 137.00 |

Sheet no. _18_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $              **2,244.00**

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez** _____      Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **376590** <br><br> **Medical Business Bureau** <br> **1460 Renaissance Dr** <br> **Park Ridge, IL 60068** | | J | **12/31/2009** <br> **Medical Services** <br> **Original Creditor: Elmhurst Anesthesia** | | | | **270.00** |
| ACCOUNT NO.    **141250299214** <br><br> **Medical Business Bureau** <br> **1460 Renaissance Dr** <br> **Park Ridge, IL 60068** | | J | **12/31/2009** <br> **Medical Services** <br> **Original Creditor: Diagnostic Radiology Specialists** | | | | **154.00** |
| ACCOUNT NO.    **8080780318** <br><br> **Merchants Credit Guide** <br> **223 W Jackson St** <br> **Chicago, IL 60606** | | J | **08/18/2008** <br> **Medical Services** <br> **Original Creditor: Elmhurst Outpatient Surgery** | | | | **100.00** |
| ACCOUNT NO.    **8080780330** <br><br> **Merchants Credit Guide** <br> **223 W Jackson St** <br> **Chicago, IL 60606** | | J | **Medical Services** <br> **Original Creditor: Elmhurst Outpatient Surgery** | | | | **100.00** |
| ACCOUNT NO.    **8091950240** <br><br> **Merchants Credit Guide Co** <br> **223 W Jackson St** <br> **Chicago, IL 60606** | | J | **10/16/2009** <br> **Medical Services** <br> **Original Creditor: Elmhurst Outpatient Surgery** | | | | **228.00** |

Sheet no. _19_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⟩  $                    **852.00**

Total  ⟩  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez** _____      Case No. _____
                                                   **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8533308625**<br><br>**Midland Credit Mgmt**<br>**8875 Aero Drive Suite 200**<br>**San Diego, CA 92123**<br><br><br>**Midland Credit Mgmt**<br>**Dept 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | J | 9/16/2009<br><br>**Credit Card Debt**<br>**Original Creditor: Target National Bank** | | | | 8,336.00 |
| ACCOUNT NO.   **852225703**<br><br>**Midnight Velvet**<br>**Swiss Colony Midnight Velvet**<br>**1112 7th Ave**<br>**Monroe, WI 53566**<br><br>**Midnight Velvet**<br>**1112 7th Ave**<br>**Monroe, WI 53566** | | J | 01/04/2010<br><br>**Credit Card Debt** | | | | 127.00 |
| ACCOUNT NO.   **4311 9670 5827 2887**<br><br>**National City Bank**<br>**4830 W Cermak Rd**<br>**Cicero, IL 60804** | | J | 07/01/2008<br><br>**Credit Card Debt** | | | | 3,000.00 |
| ACCOUNT NO.   **41496078**<br><br>**Nco Financial**<br>**PO Box 13564**<br>**Philadelphia, PA 19101** | | J | 1/13/2010<br><br>**Medical Services**<br>**Original Creditor: PCS The Hospitalists** | | | | 224.00 |

Sheet no. _20_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                **11,687.00**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez**                    Case No. _____
                                        **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2825644365**<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | J | **12/08/2009**<br>**Medical Services**<br>**Original Creditor: Elmurst Radiologists S.C.** | | | | **706.00** |
| ACCOUNT NO.   **2825906282**<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | J | **04/07/2008**<br>**Medical Services**<br>**Original Creditor: Elmhurst Radiologists S.C.** | | | | **94.00** |
| ACCOUNT NO.   **3254620011**<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | J | **08/03/2009**<br>**Medical Services**<br>**Original Creditor: City of Wheaton** | | | | **1,140.00** |
| ACCOUNT NO.   **3252883001**<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | J | **12/04/2007**<br>**Medical Services**<br>**Original Creditor: Associated Pathology Consultants** | | | | **102.00** |
| ACCOUNT NO.   **3252885584**<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | H | **12/04/2007**<br>**Medical Services**<br>**Original Creditor: Associated Pathology Consultants** | | | | **146.00** |

Sheet no.  21  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $                    **2,188.00**

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez    Lucila Dominguez** _____        Case No. _____
                    **Debtors**                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3252653378**<br>**Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | | **J** | **01/04/2010**<br>**Medical Services**<br>**Original Creditor: Associated Pathology Consultants** | | | | **1,110.00** |
| ACCOUNT NO.  **234276, 238304**<br>**OAD Orthopaedics, Ltd**<br>**PO Box 661307**<br>**Chicago, IL 60666**<br><br>**OAD Orthopaedics, Ltd**<br>**27650 Ferry Rd**<br>**Warrenville, IL 60555**<br><br>**KCA Financial Services, INC**<br>**PO Box 53**<br>**Geneva, IL 60134-0053** | | **J** | **10/01/2009**<br>**Medical Services** | | | | **2,915.00** |
| ACCOUNT NO.  **2123833**<br>**Oliphant Financial LLC**<br>**PO Box 2899**<br>**Sarasota, FL 34230** | | **H** | **08/06/2009**<br>**Credit Card Debt**<br>**Original Creditor: GE Money Bank/Walmart** | | | | **5,856.45** |
| ACCOUNT NO.  **2158.00** redo | | **J** | **01/09/2009**<br>**Medical Services**<br>**4740061,4740100,4740074,4304021,1332227,1339756,1781701,1765288** | | | | **2,158.00** |

Sheet no.  22  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $    **12,039.45**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez  Lucila Dominguez** _____    Case No. _____
_____
                          Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **15134075**<br><br>**Philips & Cohen Associates Ltd c/o Portfolio Asset Group PO Box 48458 Oak Park, MI 48237**<br><br>**Philips & Cohen Associayes Ltd 1002 Justison St Wilmington. DE 19801** | | H | 02/01/2010<br>**Credit Card Debt** | | | | **12,026.17** |
| ACCOUNT NO. **12470015353**<br><br>**Resort Recovery Solutions 2535 Camino Del Rio S San Diego, CA 92108**<br><br>**Desarrollo Turistico de la Costa 8525 Sunset Blvd. West Hollywood, CA 90069** | | J | 03/23/2010<br>**TIMESHARE** | | | | **23,238.55** |
| ACCOUNT NO. **1000021773**<br><br>**Riverside P & C Associates 1341 Warren Ave Ste B Downers Grove, IL 60515** | | W | 02/02/2010<br>**Medical Services** | | | | **700.00** |

Sheet no. _23_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **35,964.72**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                          Case No. _____
                                    **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7714 1002 9006 6653**<br><br>**Security Credit Services LLC**<br>**2612 Jackson Avenue West**<br>**Oxford, MS 38655**<br><br>**Jacob Collection Group LLC**<br>**2623 West Oxford Loop**<br>**Oxford, MS 38655**<br><br>**Jacob Collection Group LLC**<br>**PO Box 948**<br>**Oxford, MS 38655** | | H | 12/01/2009<br><br>**Credit Card Debt**<br>**Original Creditor: GECC** | | | | 2,349.50 |
| ACCOUNT NO.   **11340983**<br><br>**State Collection Services**<br>**Attn: Bankruptcy**<br>**PO Box 6250**<br>**Madison, WI 53716**<br><br>**State Collection Services**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716**<br><br>**Emergency Healthcare Physician**<br>**PO Box 366**<br>**Hinsdale, IL 60522**<br>**#006 104698** | | H | 01/02/2010<br><br>**Medical Services**<br>**Original Creditor: Emergency**<br>**Healthcare Physician** | | | | 688.00 |
| ACCOUNT NO.   **11570531**<br><br>**State Collection Services**<br>**Attn: Bankruptcy**<br>**PO Box 6250**<br>**Madison, WI 53716**<br><br>**State Collection Services**<br>**2509 S Stoughton Rd**<br>**Madison, WI 53716** | | J | 01/02/2010<br><br>**Medical Services**<br>**Original Creditor: Emergency**<br>**Healthcare Physician** | | | | 458.00 |

Sheet no. _24_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $          **3,495.50**

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                     Case No. _____
                        **Debtors**                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **26838**<br><br>**Surgeons Ltd**<br>**1200 S York Rd Ste 4220**<br>**Elmhurst, IL 60126** | | W | **01/05/2010**<br><br>**Medical Services** | | | | **700.00** |
| ACCOUNT NO.   **4352 3767 0959 8924**<br><br>**Target National Bank**<br>**3701 Wayzata Blvd**<br>**Mail Stop 2 C-T**<br>**Minneapolis, MN 55416** | | J | **07/01/2008**<br><br>**Credit Card Debt** | | | | **6,497.00** |
| ACCOUNT NO.   **09-102198**<br><br>**Tri State Fire Protection District**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | W | **05/01/2009**<br><br>**Medical Services** | | | | **1,135.00** |

Sheet no. <u>25</u> of <u>28</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **8,332.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez    Lucila Dominguez**
_____
                                        Debtors

Case No. _____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2009057346A** | | **H** | 05/05/2009 | | | | 2,792.02 |
| **US Department of the Treasury - FMS Progressive Financial Services Inc PO Box 70957 Charlotte, NC 28272** <br><br> **Progressive Financial Services Inc PO Box 41309 Nashville, TN 37204** <br><br> **Progressive Financial Services Inc 1919 W Fairmont Dr Bldg 8 Tempe, AZ 85282** <br><br> **Pioneer Credit Recovery Inc PO Box 189 Arcade, NY 14009** <br><br> **Pioneer Credit Recovery Inc 6341 Inducon Drive East Sanborn, NY 14132** | | | **Personal Loan** | | | | |
| ACCOUNT NO.  **0017187618** | | **J** | 02/01/2010 | | | | 88,704.00 |
| **Wachovia Mortgage, FSB 4101 Wiseman Blvd. San Antonio, TX 78251** | | | **Amount Owed After Foreclosure (6718 Meadowcrest, Arlington, TX)** | | | | |

Sheet no. _26_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   >   $   **91,496.02**

Total   >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gustavo Dominguez   Lucila Dominguez** _____     Case No. _____

_____
**Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5418 2210 3045 1303**<br><br>**Washington Mutual/providan**<br>**Attn: Bankruptcy Dept**<br>**PO Box 10467**<br>**Greenville, SC 29601**<br><br>**Washington Mutual/providan**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | | H | 02/26/2009<br><br>**Credit Card Debt** | | | | 2,683.00 |
| ACCOUNT NO.  **108090693838477**<br><br>**Wells Fargo**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | | J | 12/31/2009<br><br>**Credit Card Debt** | | | | 443.00 |
| ACCOUNT NO.  **4071 1000 1270 7208**<br><br>**Wells Fargo Financial**<br>**4137 121St St**<br>**Urbandale, IA 50323**<br><br>**Wf Fin Bank**<br>**3201 N 4Th Ave**<br>**Sioux Falls, SD 57104** | | J | 01/11/2010<br><br>**Credit Card Debt** | | | | 3,802.00 |
| ACCOUNT NO.  **7528**<br><br>**West Suburban Medical & Surg Assoc SC**<br>**330 Weston Ave**<br>**Aurora, IL 60505** | | J | 06/01/2009<br><br>**Medical Services** | | | | 60.00 |

Sheet no.  27 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                 **6,988.00**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gustavo Dominguez   Lucila Dominguez**                              Case No. _____

                              **Debtors**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **038934**<br>**West Suburban Multi Specialty**<br>**386 North York Rd**<br>**Elmhurst, IL 60126** | | W | **11/24/2009**<br>**Medical Services** | | | | **250.00** |
| ACCOUNT NO.  **9334086**<br>**Westgate Vacation Villas, Ltd.**<br>**2801 Old Winter Garden Rd**<br>**Ocoee, FL 34761**<br><br>**Greenspoon, Marden, Hirschfeld, Rafkin,**<br>**100 W Cypress Creek Rd**<br>**Fort Lauderdale, FL 33309** | | J | **03/01/2010**<br>**TIMESHARE** | | | | **12,104.44** |
| ACCOUNT NO.  **09-3290, 09-11812**<br>**Westmont Fire Department**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | W | **10/01/2009**<br>**Medical Services** | | | | **1,247.00** |
| ACCOUNT NO.  **5856 3710 0820 1567**<br>**World Financial Network National Bank**<br>**P.O. Box 659704**<br>**San Antonio, TX 78265-9704** | | J | **08/01/2008**<br>**Credit Card Debt** | | | | **6.30** |

Sheet no.  28 of 28 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $              **13,607.74**

Total  ➢  $              **387,948.73**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

**Tony Mankus   6192346**
**Mankus & Marchan, Ltd.**
**5950-E Lincoln Ave. (Rt. 53)**
**Suite #500**
**Lisle, IL 60532-3387**

**(630) 960-0500**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In Re:
Debtor:  **Gustavo Dominguez**                    Case No:
Social Security Number:  **6133**
                                                   Chapter  **7**
Joint Debtor:  **Lucila Dominguez**
Social Security Number:  **6424**                  Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **West Suburban Medical & Surg Assoc SC**<br>**330 Weston Ave**<br>**Aurora, IL 60505** | **Unsecured Claims** | $     60.00 |
| 2.  **OneWest Bank, FSB**<br>**Indymac Mortgage Services**<br>**7700 W Parmer Ln Bldg D 2Nd Floor**<br>**Austin, TX 78729** | **Secured Claims** | $ 363,583.00 |
| 3.  **Laboratory Corporation of America**<br>**55 E WASHINGTON ST STE 2500**<br>**CHICAGO, IL 60602** | **Unsecured Claims** | $    556.00 |
| 4.  **Action Medical Equipment**<br>**855 North Church Court**<br>**Elmhurst, IL 60126-1036** | **Unsecured Claims** | $     46.80 |
| 5.  **ADT**<br>**1 Town Center Rd**<br>**Boca Raton, FL 33486** | **Unsecured Claims** | $    186.09 |

In re:   **Gustavo Dominguez**
**Lucila Dominguez**                                                        Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Alivio Medical Center**<br>**2045 Rama Dr., Suite 200**<br>**Indianapolis, IN 46219** | **Unsecured Claims** | **$ 97.50** |
| 7. | **Armor Systems Co**<br>**1700 Kiefer Dr Suite 1**<br>**Zion, IL 60099** | **Unsecured Claims** | **$ 186.00** |
| 8. | **Arun Ohri MD**<br>**7447 W Talcott**<br>**Suite 209**<br>**Chicago, IL 60631** | **Unsecured Claims** | **$ 2,578.00** |
| 9. | **Associated Pathology Consultants**<br>**PO Box 3680**<br>**Peoria, IL 61612** | **Unsecured Claims** | **$ 982.00** |
| 10. | **Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | **Unsecured Claims** | **$ 4,751.00** |
| 11. | **Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | **Secured Claims** | **$ 4,056.00** |
| 12. | **Bank Of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | **Unsecured Claims** | **$ 9,877.00** |
| 13. | **Bank of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | **Unsecured Claims** | **$ 528.76** |
| 14. | **Bank Of America**<br>**PO Box 1598**<br>**Norfolk, VA 23501** | **Unsecured Claims** | **$ 969.00** |

In re:    **Gustavo Dominguez**
          **Lucila Dominguez**

Case No. _____

| | | | |
|---|---|---|---|
| 15 . | **Boffa Surgical Group LLC**<br>**5140 N California Suite 780**<br>**Chicago, IL 60625** | **Unsecured Claims** | **$   135.00** |
| 16 . | **Capital 1 Bank**<br>**Attn: C/O Tsys Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | **Unsecured Claims** | **$  4,678.00** |
| 17 . | **Care Rehab and Orthopaedic Products Inc**<br>**PO Box 580**<br>**McLean, VA 22101** | **Unsecured Claims** | **$   630.00** |
| 18 . | **Catherines**<br>**1103 Allen Dr**<br>**Milford, OH 45150** | **Unsecured Claims** | **$   416.00** |
| 19 . | **Catherines**<br>**1103 Allen Dr**<br>**Milford, OH 45150** | **Unsecured Claims** | **$   238.00** |
| 20 . | **Celebrity Resorts**<br>**4700 Millenia Blvd**<br>**6th Floor**<br>**Orlando, FL 32839** | **Unsecured Claims** | **$   266.72** |
| 21 . | **Central DuPage Hospital**<br>**25 N Winfield Rd**<br>**Winfield, IL 60190** | **Unsecured Claims** | **$    45.00** |
| 22 . | **Chicago Institute of Neurosurgery**<br>**2650 Ridge Ave**<br>**Evanston, IL 60201** | **Unsecured Claims** | **$  1,147.35** |
| 23 . | **Children's Surgical Foundation**<br>**2300 North Childrens Plaza**<br>**Chicago, IL 60614** | **Unsecured Claims** | **$    25.00** |

In re:  **Gustavo Dominguez**                                          Case No. _____
        **Lucila Dominguez**

| | | | |
|---|---|---|---|
| 24 . | **Computer Credit Service Corp**<br>**5340 N Clark St**<br>**Chicago, IL 60640** | **Unsecured Claims** | **$    181.50** |
| 25 . | **Creditone LLC**<br>**PO Box 65**<br>**Metairie, LA 70004-0605** | **Unsecured Claims** | **$ 11,779.70** |
| 26 . | **Diagnostic Radiology Specialists, SC**<br>**1051 Ridgewood Dr**<br>**Highland Park, IL 60035** | **Unsecured Claims** | **$      47.00** |
| 27 . | **Direct Merchants Bank**<br>**17600 N. Perimeter Dr.**<br>**Scottsdale, AZ 85255** | **Unsecured Claims** | **$ 10,019.23** |
| 28 . | **Discover Fin Svcs Llc**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$  3,736.00** |
| 29 . | **DuPage Emergency Physicians**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | **Unsecured Claims** | **$    413.00** |
| 30 . | **DuPage Ortho Surg Ctr LLC**<br>**PO Box 66693**<br>**Chicago, IL 60666** | **Unsecured Claims** | **$  3,658.42** |
| 31 . | **Elmhurst Anesthesiologists**<br>**200 Berteau Ave**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$  2,698.00** |
| 32 . | **Elmhurst Clinic**<br>**1100 Lake Street, Suite 230**<br>**Oak Park IL 60301** | **Unsecured Claims** | **$  1,450.00** |

In re:   **Gustavo Dominguez**
**Lucila Dominguez**

Case No. _____

| 33. | **Elmhurst Emergency Medical Services**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | **Unsecured Claims** | **$ 556.20** |
|---|---|---|---|
| 34. | **Elmhurst Memorial Healthcare**<br>**PO Box 4052**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$ 3,477.00** |
| 35. | **Elmhurst Orthopaedics**<br>**300 West Butterfield Road**<br>**Elmhurst, IL 60126-5017** | **Unsecured Claims** | **$ 2,647.00** |
| 36. | **Elmhurst Outpatien Surgery Center**<br>**1200 S. York Road**<br>**Elmhurst, IL 60126-5626** | **Unsecured Claims** | **$ 700.80** |
| 37. | **Elmhurst Radiologists, SC**<br>**PO Box 1035**<br>**Bedford Park, IL 60499** | **Unsecured Claims** | **$ 1,050.00** |
| 38. | **Ffcc-columbus Inc**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH 43220** | **Unsecured Claims** | **$ 645.00** |
| 39. | **Gemb / Hh Gregg**<br>**Attention:  Bankruptcy PO Box 103106**<br>**Roswell, GA 30076** | **Unsecured Claims** | **$ 3,807.00** |
| 40. | **Gemb/jcp**<br>**Attention:  Bankruptcy PO Box 103106**<br>**Roswell, GA 30076** | **Unsecured Claims** | **$ 1,183.00** |
| 41. | **Gemb/jcp**<br>**Attention:  Bankruptcy PO Box 103106**<br>**Roswell, GA 30076** | **Unsecured Claims** | **$ 1,183.00** |

In re:    **Gustavo Dominguez**
          **Lucila Dominguez**                                      Case No. _____

| | | | |
|---|---|---|---|
| 42. | **GMAC**<br>**PO BOX 2150**<br>**Greeley, CO 80632** | **Unsecured Claims** | **$  4,521.43** |
| 43. | **GMAC/Semperian**<br>**PO BOX 2150**<br>**Greeley, CO 80632** | **Unsecured Claims** | **$  9,252.98** |
| 44. | **Goog Samaritan Hospital**<br>**3815 Highland Ave**<br>**Downers Grove, IL 60515** | **Unsecured Claims** | **$  55.66** |
| 45. | **Harris N.A.**<br>**PO Box 94034**<br>**Palatine, IL 60094** | **Secured Claims** | **$  8,257.00** |
| 46. | **Hinsdale Hospital Cardiology**<br>**PO Box 7003**<br>**Bolingbrook, IL 60440** | **Unsecured Claims** | **$  20.00** |
| 47. | **Horizon Financial Management**<br>**8585 S Broadway**<br>**Merrillville, IN 46410** | **Unsecured Claims** | **$  263.00** |
| 48. | **Illinois Collection Se**<br>**8231 W. 185Th St. Ste. 100**<br>**Tinley Park, IL 60487** | **Unsecured Claims** | **$  1,205.00** |
| 49. | **Inpatient Consultants of IL**<br>**PO Box 92934**<br>**Los Angeles, CA 90009** | **Unsecured Claims** | **$  371.00** |
| 50. | **J.H.Stroger Hospital of Cook Cnty**<br>**PO Box 70121**<br>**Chicago, IL 60673** | **Unsecured Claims** | **$  411.60** |

In re: **Gustavo Dominguez**
**Lucila Dominguez**

Case No. _____

| | | | |
|---|---|---|---|
| 51. | **JP Morgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$  150.00** |
| 52. | **JPMorgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$  7,337.42** |
| 53. | **JPMorgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$ 19,271.88** |
| 54. | **JPMorgan Chase**<br>**PO Box 15548**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$  6,123.79** |
| 55. | **JPMorgan Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 22,042.00** |
| 56. | **JPMorgan Chase**<br>**131 S Dearborn St**<br>**Floor 5**<br>**Chicago, IL 60603** | **Unsecured Claims** | **$ 11,436.93** |
| 57. | **Kohls/chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | **Unsecured Claims** | **$  562.00** |
| 58. | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** | **$  3,858.00** |
| 59. | **LVNV Funding LLC**<br>**PO Box 740281**<br>**Houston, TX 772740** | **Unsecured Claims** | **$  4,484.54** |

In re:    **Gustavo Dominguez**
**Lucila Dominguez**                                          Case No. _____

| | | |
|---|---|---|
| 60 . | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** |  **$ 2,878.00** |
| 61 . | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** |  **$ 2,118.00** |
| 62 . | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** |  **$ 1,401.00** |
| 63 . | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** |  **$ 3,526.00** |
| 64 . | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** |  **$ 876.00** |
| 65 . | **Macys/fdsb**<br>**Macy's Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040** | **Unsecured Claims** |  **$ 1,788.00** |
| 66 . | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** |  **$ 82.00** |
| 67 . | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** |  **$ 146.00** |
| 68 . | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** |  **$ 270.00** |

In re:  **Gustavo Dominguez**
**Lucila Dominguez**                                          Case No. _____

| | | | |
|---|---|---|---|
| **69.** | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** | **$ 1,670.00** |
| **70.** | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** | **$ 137.00** |
| **71.** | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** | **$ 209.00** |
| **72.** | **Medical Business Bureau**<br>**1460 Renaissance Dr**<br>**Park Ridge, IL 60068** | **Unsecured Claims** | **$ 154.00** |
| **73.** | **Merchants Credit Guide**<br>**223 W Jackson St**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 100.00** |
| **74.** | **Merchants Credit Guide**<br>**223 W Jackson St**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 100.00** |
| **75.** | **Merchants Credit Guide Co**<br>**223 W Jackson St**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 228.00** |
| **76.** | **Midland Credit Mgmt**<br>**8875 Aero Drive Suite 200**<br>**San Diego, CA 92123** | **Unsecured Claims** | **$ 8,336.00** |
| **77.** | **Midnight Velvet**<br>**Swiss Colony Midnight Velvet**<br>**1112 7th Ave**<br>**Monroe, WI 53566** | **Unsecured Claims** | **$ 127.00** |

In re:  **Gustavo Dominguez**
        **Lucila Dominguez**

Case No. _____

| | | | |
|---|---|---|---|
| 78 . | **National City Bank**<br>**4830 W Cermak Rd**<br>**Cicero, IL 60804** | **Unsecured Claims** | **$   3,000.00** |
| 79 . | **Nco Financial**<br>**PO Box 13564**<br>**Philadelphia, PA 19101** | **Unsecured Claims** | **$    224.00** |
| 80 . | **Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$     94.00** |
| 81 . | **Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$    706.00** |
| 82 . | **Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$    146.00** |
| 83 . | **Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$   1,110.00** |
| 84 . | **Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$   1,140.00** |
| 85 . | **Northwest Collectors**<br>**3601 Algonquin Rd Ste 232**<br>**Rolling Meadows, IL 60008** | **Unsecured Claims** | **$    102.00** |
| 86 . | **OAD Orthopaedics, Ltd**<br>**PO Box 661307**<br>**Chicago, IL 60666** | **Unsecured Claims** | **$   2,915.00** |

In re:   **Gustavo Dominguez**
         **Lucila Dominguez**                                        Case No. _____

| | | | |
|---|---|---|---|
| 87. | **Oliphant Financial LLC**<br>**PO Box 2899**<br>**Sarasota, FL 34230** | **Unsecured Claims** | **$ 5,856.45** |
| 88. | **OneWest Bank, FSB**<br>**Indymac Mortgage Services**<br>**7700 W Parmer Ln Bldg D 2Nd Floor**<br>**Austin, TX 78729** | **Secured Claims** | **$ 41,420.00** |
| 89. | **Pellettieri & Associates Ltd**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | **Unsecured Claims** | **$ 2,158.00** |
| 90. | **Lvnv Funding Llc**<br>**PO Box 740281**<br>**Houston, TX 77274** | **Unsecured Claims** | **$ 17,529.00** |
| 91. | **Philips & Cohen Associates Ltd**<br>**c/o Portfolio Asset Group**<br>**PO Box 48458**<br>**Oak Park, MI 48237** | **Unsecured Claims** | **$ 12,026.17** |
| 92. | **Resort Recovery Solutions**<br>**2535 Camino Del Rio S**<br>**San Diego, CA 92108** | **Unsecured Claims** | **$ 23,238.55** |
| 93. | **Riverside P & C Associates**<br>**1341 Warren Ave**<br>**Ste B**<br>**Downers Grove, IL 60515** | **Unsecured Claims** | **$ 700.00** |
| 94. | **Security Credit Services LLC**<br>**2612 Jackson Avenue West**<br>**Oxford, MS 38655** | **Unsecured Claims** | **$ 2,349.50** |
| 95. | **State Collection Services**<br>**Attn: Bankruptcy**<br>**PO Box 6250**<br>**Madison, WI 53716** | **Unsecured Claims** | **$ 458.00** |

In re:  **Gustavo Dominguez**
**Lucila Dominguez**

Case No. _____

| 96. | **State Collection Services**<br>**Attn: Bankruptcy**<br>**PO Box 6250**<br>**Madison, WI 53716** | **Unsecured Claims** | **$   688.00** |
|---|---|---|---|
| 97. | **Surgeons Ltd**<br>**1200 S York Rd Ste 4220**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$   700.00** |
| 98. | **Target National Bank**<br>**3701 Wayzata Blvd**<br>**Mail Stop 2 C-T**<br>**Minneapolis, MN 55416** | **Unsecured Claims** | **$  6,497.00** |
| 99. | **Tri State Fire Protection District**<br>**PO Box 457**<br>**Wheeling, IL 60090** | **Unsecured Claims** | **$  1,135.00** |
| 100. | **US Department of the Treasury - FMS**<br>**Progressive Financial Services Inc**<br>**PO Box 70957**<br>**Charlotte, NC 28272** | **Unsecured Claims** | **$  2,792.02** |
| 101. | **Wachovia Mortgage, FSB**<br>**4101 Wiseman Blvd.**<br>**San Antonio, TX 78251** | **Unsecured Claims** | **$ 88,704.00** |
| 102. | **Washington Mutual/providian**<br>**Attn: Bankruptcy Dept**<br>**PO Box 10467**<br>**Greenville, SC 29601** | **Unsecured Claims** | **$  2,683.00** |
| 103. | **Wells Fargo**<br>**800 Walnut St**<br>**Des Moines, IA 50309** | **Unsecured Claims** | **$   443.00** |
| 104. | **Wells Fargo Financial**<br>**4137 121St St**<br>**Urbendale, IA 50323** | **Unsecured Claims** | **$  3,802.00** |

In re:    **Gustavo Dominguez**
**Lucila Dominguez**

Case No. _____

| | | | |
|---|---|---|---|
| 105 . | **West Suburban Multi Specialty**<br>**386 North York Rd**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$    250.00** |
| 106 . | **Westgate Vacation Villas, Ltd.**<br>**2801 Old Winter Garden Rd**<br>**Ocoee, FL 34761** | **Unsecured Claims** | **$ 12,104.44** |
| 107 . | **Westmont Fire Department**<br>**PO Box 457**<br>**Wheeling, IL 60090** | **Unsecured Claims** | **$  1,247.00** |
| 108 . | **World Financial Network National Bank**<br>**P.O. Box 659704**<br>**San Antonio, TX 78265-9704** | **Unsecured Claims** | **$       6.30** |

In re:  **Gustavo Dominguez**                                    Case No. _____
        **Lucila Dominguez**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Gustavo Dominguez**, and I, **Lucila Dominguez**, named as debtors in this case, declare under penalty of perjury that we
have read the foregoing Numbered Listing of Creditors, consisting of **13 sheets** (not including this declaration), and that it is true
and correct to the best of our information and belief.


Signature:   **s/ Gustavo Dominguez**_____
             **Gustavo Dominguez**

Dated:       **5/4/2010**_____

Signature:   **s/ Lucila Dominguez**_____
             **Lucila Dominguez**

Dated:       **5/4/2010**_____

**B6G (Official Form 6G) (12/07)**

In re:  **Gustavo Dominguez   Lucila Dominguez** _____ ,   Case No. _____
                                        **Debtors**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re:  **Gustavo Dominguez   Lucila Dominguez** _____ .     Case No. _____
_____                                              (If known)
**Debtors**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gustavo Dominguez Jr.**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** | **Harris N.A.**<br>**PO Box 94034**<br>**Palatine, IL 60094** |

B6I (Official Form 6I) (12/07)

In re  **Gustavo Dominguez Lucila Dominguez**                    Case No. _____

_____                    _____
Debtors                                               (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **17** |
| | **Son** | **14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver/Part-Time** | **Unemployed** |
| Name of Employer | **Regal Custom Concrete** | |
| How long employed | **3 years** | |
| Address of Employer | **4N194 Hawthorne Bensenville, IL 60106** | |

INCOME: (Estimate of average or projected monthly income at time
case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,696.72 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,696.72 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 539.80 | $ 0.00 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 0.00 | $ 0.00 |
|   d. Other (Specify) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 539.80 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,156.92 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,156.92 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,156.92 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re   **Gustavo Dominguez Lucila Dominguez**                                    Case No. _____

                                    **Debtors**                                                          **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

<u>NONE</u> _____

_____

B6J (Official Form 6J) (12/07)

In re **Gustavo Dominguez Lucila Dominguez** _____,    Case No. _____
                                   **Debtors**                                                         (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? Yes _____ No ✓ | | | |
| b. Is property insurance included? Yes _____ No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 83.00 |
| b. Water and sewer | | $ | 143.00 |
| c. Telephone | | $ | 120.00 |
| d. Other **Comcast (cable)** | | $ | 20.00 |
| **Gas** | | $ | 125.00 |
| **Internet** | | $ | 65.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 235.00 |
| 4. Food | | $ | 852.00 |
| 5. Clothing | | $ | 244.00 |
| 6. Laundry and dry cleaning | | $ | 66.00 |
| 7. Medical and dental expenses | | $ | 110.00 |
| 8. Transportation (not including car payments) | | $ | 502.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 121.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 417.16 |
| b. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 3,183.16 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,156.92 |
| b. Average monthly expenses from Line 18 above | $ | 3,183.16 |
| c. Monthly net income (a. minus b.) | $ | -26.24 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court

## Northern District of Illinois

In re  **Gustavo Dominguez    Lucila Dominguez** _____ ,       Case No. _____

Debtors       Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       303.000.00 | | |
| B - Personal Property | YES | 3 | $        15.605.36 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $       417.316.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 29 | | $       387.948.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $      3.156.92 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      3.183.16 |
| TOTAL | | 44 | $     318,605.36 | $     805,264.73 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Gustavo Dominguez   Lucila Dominguez** _____ Case No. _____

                                    **Debtors**                                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**46**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/4/2010** _____      Signature:  **s/ Gustavo Dominguez** _____

                                                            **Gustavo Dominguez**

                                                                            Debtor

Date:  **5/4/2010** _____      Signature:  **s/ Lucila Dominguez** _____

                                                            **Lucila Dominguez**

                                                            (Joint Debtor, if any)

                                    [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

                                    (NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **Gustavo Dominguez   Lucila Dominguez** _____,                Case No. _____

Debtors                                                                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 34,557.93 | **Regal Custom Concrete Inc (Gustavo Dominguez)** | **2008** |
| 3,341.00 | **Self-Employment Income from Sunset Money Group Inc. (Lucila Dominguez)** | **2008** |
| 4,352.00 | **Wachovia Shared  Resources (Lucila Dominguez)** | **2008** |
| 35,282.86 | **Regal Custom Concrete Inc (Gustavo Dominguez)** | **2009** |

### 2.  Income other than from employment or operation of business

None

☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 5,371.00 | **Illinois Department of Employment Security (Gustavo Dominguez)** | **2008** |
| 8,019.00 | **Illinois Department of Employment Security (Gustavo Dominguez)** | **2009** |

2

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
☑  services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑  **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.*

---

None c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **OneWest Bank, FSB v. Gustavo Dominguez aka Gustavo Dominiguez; et.al 2009 CH 04051** | **Mortgage Foreclosure** | **DuPage County Court 505 N. County Farm Road Wheaton, IL 60187** | **Continued to 06/25/2010** |
| **GE Money Bank v. Gustavo Dominguez 2009SC002761** | **Breach of Credit Card Agreement** | **DuPage County Court 505 N. County Farm Road Wheaton, IL 60187** | **Default Judgment on 05-29-2009** |
| **LVNV Funding, LLC Assignee of SEARS v. Lucilla Dominguez 2010SC001157** | **Breach of Credit Card Agreement** | **DuPage County Court 505 N. County Farm Road Wheaton, IL 60187** | **Default Judgement** |
| **Chase Bank v. Dominguez 08M1135189** | **Breach of Credit Card Agreement** | **Cook County Court 10220 South 76th Avenue Bridgeview, IL 60455** | **Judgment** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **US Department of the Treasury - FMS Progressive Financial Services Inc PO Box 70957 Charlotte, NC 28272** | **03/29/2010** | **Federal Income Tax Refund - 2009 $2,197.26** |

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Wachovia Mortgage, FSB 4101 Wiseman Blvd. San Antonio, TX 78251** | **05/05/2009** | **Single Family Residence in Texas $120,500.00** |

4

## 6. Assignments and receiverships

None
☑
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
☑
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None
☑
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐       consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
        **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counselling Service 100 Edgewood Avenue Suite 1800 Atlanta, GA 30303** | **04/14/2010** | **$100.00** |
| **Mankus & Marchan, Ltd. 5950-E Lincoln Ave. (Rt. 53) Suite #500 Lisle, IL 60532-3387** | **1/13/2010 & 4/30/2010** | **$2,500.00** |

## 10.  Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑       debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
        (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑       self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☐       sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
        savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
        credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
        filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
        both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JPMorgan Chase N.A. PO Box 260180 Baton Rouge, LA 70926** | **Certificate of Deposit #5678 $1,050.82** | **03/10/2010** |
| **National City 90 Burr Ridge Pkwy Willowbrook, IL 60527** | **Savings #8421 $1,227** | **03/22/2010** |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

8

## 18. Nature, location and name of business

None
☑
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|      |      |      |      |      |

None
☑
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____ ADDRESS _____

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **5/4/2010**_____      Signature  **s/ Gustavo Dominguez**_____
of Debtor    **Gustavo Dominguez**

Date  **5/4/2010**_____      Signature   **s/ Lucila Dominguez**_____
of Joint Debtor  **Lucila Dominguez**
(if any)

**B 201A** (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**B 201B** (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

**In re  Gustavo Dominguez**
**Lucila Dominguez**

<u>                                        </u>
                    **Debtor**

Case No. _____

Chapter  ___**7**___

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gustavo Dominguez**

**Lucila Dominguez**

Printed Name(s) of Debtor(s)

Case No. (if known)   _____

X **s/ Gustavo Dominguez**                **5/4/2010**
  **Gustavo Dominguez**
  Signature of Debtor                      Date
X **s/ Lucila Dominguez**                  **5/4/2010**
  **Lucila Dominguez**
  Signature of Joint Debtor                Date

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gustavo Dominguez   Lucila Dominguez**

Debtors

Case No. _____

Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   3,156.92 |
| Average Expenses (from Schedule J, Line 18) | $   3,183.16 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   2,870.53 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   65,921.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   387,948.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   453,869.73 |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re      **Gustavo Dominguez   Lucila Dominguez**              Case No. _____
                          Debtors                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 |
| --- |

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| --- | --- |
| **Asset Acceptance LLC** | **Furniture**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No. 2 |
| --- |

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| --- | --- |
| **Harris N.A.** | **2007 Chevrolet Cobalt LS**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** |

Property will be *(check one)*:
☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**OneWest Bank, FSB** | **Describe Property Securing Debt:**<br><br>**Single Family Residence**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**OneWest Bank, FSB** | **Describe Property Securing Debt:**<br><br>**Single Family Residence**<br>**16W321 93rd Pl**<br>**Burr Ridge, IL 60527** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B 8 (Official Form 8) (12/08)

Page 3

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **5/4/2010**

**s/ Gustavo Dominguez**
**Gustavo Dominguez**
Signature of Debtor

**s/ Lucila Dominguez**
**Lucila Dominguez**
Signature of Joint Debtor (if any)

B23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  **Gustavo Dominguez   Lucila Dominguez**                    ,

                                      Debtors

Case No. _____

Chapter   **7**   _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

❑  I, _____ , the debtor in the above-styled
                            (Printed Name of Debtor)
case, hereby certify that on _____ (Date), I completed an instructional course in personal
financial management provided by _____
                                             (Name of Provider)
an approved personal financial management provider.

      Certificate No. (if any): _____

❑  I, _____ , the debtor in the above-styled case,
                            (Printed Name of Debtor)
hereby certify that no personal financial management course is required, because of *[Check the appropriate box.]:*

        ❑  Incapacity or disability, as defined in 11 U.S.C. § 109(h)
        ❑  Active military duty in a military combat zone; or
        ❑  Residence in a district in which the United States trustee (or bankruptcy administrator) has
            determined that the approved instructional courses are not adequate at this time to serve the
            additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **s/ Gustavo Dominguez**
                      **Gustavo Dominguez**

Date: **5/4/2010**

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re   **Gustavo Dominguez**                          Case No.
**Lucila Dominguez**
Debtors.                                                Chapter   **7**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $ **2709.03/3207.53** | $ **0.00 / 0.00** |
| Five months ago | $ **2103.84/2420.17** | $ **0.00 / 0.00** |
| Four months ago | $ **2103.84/2420.17** | $ **0.00 / 0.00** |
| Three months ago | $ **2103.84/2420.17** | $ **0.00 / 0.00** |
| Two months ago | $ **2630.38/3058.44** | $ **0.00 / 0.00** |
| Last month | $ **3156.92/3696.72** | $ **0.00 / 0.00** |
| Income from other sources | $ **0.00** | $ **0.00** |
| Total net income for six months preceding filing | $ **0.00** | $ **0.00** |
| **Average Monthly Net Income** | $ **0.00** | $ **0.00** |

Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:  **5/4/2010**

**s/ Gustavo Dominguez**
**Gustavo Dominguez**

Debtor

**s/ Lucila Dominguez**
**Lucila Dominguez**

Joint Debtor

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:    **Gustavo Dominguez**          **Lucila Dominguez**                    Case No. _____

                                                                                Chapter      **7**    _____

                         Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | **2,500.00** |
   | Prior to the filing of this statement I have received | $ | **2,500.00** |
   | Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
       of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
       my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
       attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
       a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **5/4/2010**    _____


                                    **/s/ Tony Mankus** _____
                                    **Tony Mankus, Bar No.  6192346**

                                    **Mankus & Marchan, Ltd.**
                                    Attorney for Debtor(s)

---